1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDRIDGE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 3:12-CV-02730-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO HAVE CERTIFIED COURT REPORTER PRESENT TO RECORD MARCH 24, 2015 CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED<br><br>Judge:　　Hon. Vince Chhabria<br><br>Complaint filed:　　　May 29, 2012<br>FAC filed:　　　　　　July 20, 2012<br>SAC filed:　　　　　　November 30, 2012<br>TAC filed:　　　　　　May 20, 2013<br>Corrected TAC filed:　June 21, 2013<br>4AC filed:　　　　　　Jan. 3, 2014<br>5AC filed:　　　　　　March 2, 2015 |

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO HAVE COURT REPORTER
PRESENT AT MARCH 24 CMC

1  *Related cases*:
2  Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
   Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
3  Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
   Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
4  Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
   Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
5  Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
   Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
6  Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
   Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
7  Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
   Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
8  Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
   Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
9  Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
   Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
10 Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
   Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
11 Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
   John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
12 Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
   Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:12-CV-02730-VC

[PROPOSED] ORDER GRANTING DEFTS'
MOTION TO HAVE COURT REPORTER
PRESENT AT MARCH 24 CMC

1  Having considered the papers and all pleadings on file and good cause appearing therefor,
2  IT IS HEREBY ORDERED that Defendants' Administrative Motion To Have Certified Court
3  Reporter Present To Record March 24, 2015 Case Management Conference is GRANTED as modified.

☐ The Court will provide ~~a certified court reporter~~ FTR recording services at the Case Management Conference, scheduled for March 24, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 20, 2015

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

CASE NO. 3:12-CV-02730-VC  -1-  [PROPOSED] ORDER GRANTING DEFTS' MOTION TO HAVE COURT REPORTER PRESENT AT MARCH 24 CMC