1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ELDRIDGE JOHNSON,                    CASE NO. 3:12-CV-02730-VC

12              Plaintiff,               [~~PROPOSED~~] ORDER TO HAVE
                                         **APRIL 9, 2015 CASE MANAGEMENT**
13       vs.                             **CONFERENCE RECORDED**
                                         AS MODIFIED
14  UNITED AIR LINES, INC.;
    CONTINENTAL AIRLINES, INC.; and      Judge:      Hon. Vince Chhabria
15  DOES 1-10,
                                         Complaint filed:   May 29, 2012
16              Defendants.              FAC filed:         July 20, 2012
                                         SAC filed:         November 30, 2012
17                                       TAC filed:         May 20, 2013
                                         Corrected TAC filed:  June 21, 2013
18                                       4AC filed:         January 3, 2014
                                         5AC filed:         March 2, 2015
19

20
21
22
23
24
25
26
27
28

1

*Related cases*:
Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC

2

Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC

3

Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC

4

Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC

5

Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC

6

Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC

7

Haynie, Terry v. United Airlines, Inc. et al. 4:15-cv-00467 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC

8

Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC

9

Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC

10

Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC

11

John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC

12

Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1             Having considered the papers and all pleadings on file and good cause appearing

2   therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case

3   Management Conference Recorded is GRANTED, as follows:

4             XX     The Court will provide FTR recording services to record the Case Management

5             Conference scheduled for April 9, 2015 at 10:00 a.m.

6             All proceedings in these related cases will be recorded.

7   IT IS SO ORDERED.

8

9

10   Dated:   April 9, 2015

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

IT IS SO ORDERED
AS MODIFIED

Judge Vince Chhabria