UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE GADSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-00460-VC<br><br>**ORDER** |

The defendant wishes to file a motion to transfer venue. The hearing on the motion shall take place on May 21, 2015, at 10:00 a.m. The defendant's opening brief is due April 20, 2015. The plaintiff's opposition is due April 30, 2015. Any reply is due May 8, 2015.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____

VINCE CHHABRIA
United States District Judge